**PETERSON WATTS LAW GROUP, LLP**
GLENN W. PETERSON, ESQ. (126173)
TARA L. PARIS, ESQ. (363893)
gpeterson@petersonwatts.com
tparis@petersonwatts.com
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: (916) 780-8222
Fax:     (916) 780-8775

*Attorney for Plaintiff,*
Production Chemical Manufacturing, Inc.,
d/b/a Production Car Care Products

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCTION CHEMICAL MANUFACTURING, INC. d/b/a Production Car Care Products, a California Corporation.<br><br>            Plaintiff,<br>     vs.<br><br>QUALITY CHEMICAL COMPANY, d/b/a Best Cleaning Supply, a Florida Corporation; and DOES 1-50, inclusive;<br><br>            Defendants. | Case No. 2:26-cv-00461-CSK<br><br>**PERMANENT INJUNCTION** |

Based on the Stipulated Motion for Entry of Permanent Injunction and the Settlement Agreement entered into by the Parties on the 26th day of May 2026, having been apprised of the facts, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant, QUALITY CHEMICAL COMPANY d/b/a BEST CLEANING SUPPLY, and its respective agents, servants, employees, and other persons in active concert or participation with them are permanently enjoined from selling, marketing or promoting in commerce in the United States any product with the trademark RED POWER®, or any mark confusingly similar to RED POWER®, in any style, form or media whatsoever, including without limitation, on or in connection with the internet, such as in an internet domain name, in connection with sponsored link advertising, an internal web page, or as HTML code for an internet

PERMANENT INJUNCTION

website in any manner, such as the title or keyword portions of a metatag, or otherwise.

The clerk may enter this order as a final judgment in this case and enter minutes that this case is hereby closed.

SIGNED this __29th__ day of ___June_____, 2026.

BY THE COURT:

_Chi Soo Kim_____

Honorable Chi Soo Kim

U.S. Magistrate Judge

PERMANENT INJUNCTION